IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02385-MSK-MJW

ROGER GROSS,

        Petitioner,

v.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

## ORDER DENYING MOTIONS, AS MOOT

THIS MATTER comes before the Court on the Respondents' Motion for Extension of Time **(#13)** to file an Answer to the Petition, and the Petitioner's Motion for Ruling on Respondents' Failure to Comply with Order to Answer in Timely Manner **(#14)**.  The Respondents filed an Answer **(#15)** on March 24, 2006.

**IT IS THEREFORE ORDERED** that both motions **(#13, #14)** are **DENIED**, as moot.

Dated this 20th day of April, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge