IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02385-MSK-MJW

ROGER GROSS,

    Petitioner,

v.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER WITHDRAWING REFERENCE**

---

**IT IS ORDERED** that the Order of Reference **(#20)** issued February 22, 2008 is vacated.

This matter is no longer referred to the Magistrate Judge for a recommendation on the

Petitioner's habeas application.

Dated this 27th day of February, 2008

            **BY THE COURT:**

            */s/ Marcia S. Krieger*

            Marcia S. Krieger
            United States District Judge